NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE PRINCETON DIGITAL IMAGE CORPORATION,
*Petitioner.*

---

Miscellaneous Docket No. 136

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0039, Judge James Rodney Gilstrap.

---

## ON PETITION

---

## ORDER

Princeton Digital Image Corporation submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its August 23, 2012 order granting Ricoh Company, Ltd.'s motion to transfer this case to the United States District Court for the Southern District of New York.

Upon consideration thereof,

IT IS ORDERED THAT:

Ricoh is directed to respond no later than September 28, 2012.

FOR THE COURT

SEP 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Timothy N. Trop, Esq.
Michael V. Solomita, Esq.
Clerk, United States District Court for the E. D. of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK